Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5755 Oberlin Drive, Suite 200
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff
Angus Mordant

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

11/27/18

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGUS MORDANT, an individual, | ) |
| Plaintiff, | ) CASE NO.  3:18-cv-5433-YGR |
| vs. | ) |
| | ) **NOTICE OF VOLUNTARY DISMISSAL OF** |
| GATECHINA INC., a California corporation, | ) **ENTIRE ACTION** |
| Defendant. | ) |
| | ) |

THE AFFINITY LAW GROUP®
5755 Oberlin Drive, Suite 200
San Diego, CA  92121
(858) 412-4296

TO THE COURT, THE PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff Angus Mordant hereby voluntarily dismisses this entire action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

DATED: November 23, 2018        THE AFFINITY LAW GROUP

By:  /s/ Gregory P. Goonan           
      Gregory P. Goonan
      Attorneys for Plaintiff
      Angus Mordant

THE AFFINITY LAW GROUP®
5755 Oberlin Drive, Suite 200
San Diego, CA 92121
(858) 412-4296